1 **Mark P. Robinson, Jr.,** SBN 054426
  **Carlos A. Prietto, III,** SBN 166410
2 **Ted B. Wacker,** SBN 157416
  **ROBINSON, CALCAGNIE & ROBINSON**
3 620 Newport Center Drive, 7th Floor
  Newport Beach, CA 92660
4 949-720-1288
  949-720-1292 Fax
5
  Attorneys for Plaintiff
6 RUDENA HURT

7

8

9                    **UNITED STATES DISTRICT COURT**

10              **NORTHERN  DISTRICT OF CALIFORNIA**

11

12 **IN RE: BEXTRA AND CELEBREX** )    MDL No. 1699
   **MARKETING, SALES** )
13 **PRACTICES AND PRODUCTS** )    JUDGE BREYER
   **LIABILITY LITIGATION** )
14 _____ )    **STIPULATION AND ORDER OF**
                                    )    **DISMISSAL**
15 **This document relates to:** )
                                 )
16 **RUDENA HURT** )
                  )
17 **Bextra Case No. C 06-0366 CRB** )
   **Celebrex Case No. C 06-0339 CRB** )
18 _____ )

19
        **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for
20
   Plaintiff and counsel for Defendants that the Complaints of Plaintiff, RUDENA
21
   HURT, with the assigned individual Bextra case  number C 06-0366 CRB and
22
   Celebrex case  number C 06-0339 CRB, may be and are hereby dismissed without
23
   prejudice.
24
        The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,
25
   Plaintiff will only re-file in Federal Court.
26
        The parties shall each bear their own costs.
27

28

                                    1
                 STIPULATION AND ORDER OF DISMISSAL

1   Dated: April 20, 2007         ROBINSON, CALCAGNIE & ROBINSON

2

3
                                  _____
                                  Mark P. Robinson, Jr., SBN054426
4                                 mrobinson@rcrlaw.net
                                  Carlos A. Prietto, III, SBN 166410
5                                 cprietto@rcrlaw.net
                                  Ted B. Wacker, SBN 157416
6                                 twacker@rcrlaw.net
                                  620 Newport Center Drive, 7th Floor
7                                 Newport Beach, CA 92660
                                  Telephone: (949) 720-1288
8                                 Fax: (949) 720-1292

9                                 *Counsel for Plaintiff*
                                  RUDENA HURT
10

11

12  Dated: April 24, 2007         GORDON & REES

13

14                                _____
                                  Stuart M. Gordon, Esq.
15                                sgordon@gordonrees.com
                                  Embarcadero Center West
16                                275 Battery Street, 20th Floor
                                  San Francisco, CA 94111
17                                Telephone: (415) 986-5900
                                  Fax: (415) 986-8054

18                                *Defendants' Liaison Counsel*

19

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

21

22
    Dated: __April 25, 2007__
23                                _____
                                  HONORABLE CHARLES R. BREYER
24

25

26

27

28

                                  IT IS SO ORDERED
                                  Judge Charles R. Breyer

                                  2